2/15/2019 - Mail returned. other pages discarded. mdc

FILED

JAN 3 0 2019

CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY                          DEPUTY

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In the Matter of Attorneys Suspended or Disbarred by the State Bar of California, | CASE NO. 18mc1786<br><br>**ORDER** |

On November 16, 2018, the Court ordered the following attorneys to show cause why they should not be suspended or disbarred by this Court as a result of being disbarred, suspended, or placed on the inactive list by the State Bar of California:

Disbarment:
Erikson McDonnell Davis (CA Bar #197841)
Joseph Alan Hendrix (CA Bar #131556)
Leo Joseph Moriarty, Jr. (CA Bar # 140093)
Lauro Nick Pacheco (CA Bar # 173391)
Allen M. Petroff (CA Bar # 278382)

Suspension:
Donald Thomas Bergerson (CA Bar # 091263)
Jeri Jo Abernathy (CA Bar # 176639)
Eleanor Kaplan Adams (CA Bar # 153051)
Antoinette Adams-Cohen (CA Bar # 133427)
James Francis Ahern (CA Bar # 147620)
Jennifer Suzanne Anderson (CA Bar # 202864)
Marlin Dean Ard (CA Bar #070015)

- 1 -

